# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

JOHNIE LEE FORD )
)
)
)
      Plaintiff, ) Case No. 3:18-CV-160-DPJ-LRA
)
vs. )
)
SMS STAFFING SOLUTIONS, INC., )
)
      Defendant. )
)
)

## ORDER DISMISSING COMPLAINT WITH PREJUDICE

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's Complaint Under the Fair Labor Standards Act For Monetary Damages is dismissed with prejudice, with no costs or attorney fees awarded.

**SO ORDERED AND ADJUDGED** this the 12th day of September, 2018.

                                                 s/ *Daniel P. Jordan III*
                                                 CHIEF UNITED STATES DISTRICT JUDGE